George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Counsel for Plaintiff Steven Durham*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Steven Durham,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Citibank, N.A.,<br><br>　　　　　　Defendants. | Case No.:  2:26-cv-00072<br><br>**Unopposed Motion for Extension of Time for Experian Information Solutions, Inc. to Answer**<br><br>**(First Request)** |

Steven Durham ("Plaintiff"), hereby files this Unopposed Motion for Extension of Time for Experian Information Solutions, Inc. ("Defendant") to Answer and in support states:

1. On January 26, 2026, Defendant was served with Plaintiff's Complaint for Damages under the FCRA, 15 U.S.C. § 1681 ("Complaint").

2. Accordingly, Defendant's responsive pleading to the Complaint is due on February 16, 2026.

3. Defendant's counsel has requested more time to complete their investigation of the Plaintiff's claims and Defendant's possible defenses.

4. In addition, Plaintiff and Defendant are actively engaged in case-resolution negotiations.

5. Plaintiff does not oppose an extension of Defendant's time to respond to the Complaint so Defendant's counsel may complete its investigation into Plaintiff's claims and the parties may continue to devote their energies to resolving this matter.

1

6. Therefore Plaintiff respectfully requests the Court for an extension of time for Defendant to file its responsive pleading by 45 days, which is up to and including **April 2, 2026**.

7. This motion is filed in good faith and not for delay.

8. This is the first request for an extension of time for Defendant to answer the complaint and the requested extension does not prejudice the parties.

9. For the foregoing reasons, Plaintiff requests that the Court issue an order extending the date by which Defendant must answer or otherwise respond to Plaintiff's Complaint to **April 2, 2026**.

DATED February 16, 2026.


Respectfully submitted,


**FREEDOM LAW FIRM**

*/s/ Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, NV 89123
*Counsel for Plaintiff*


**GOOD CAUSE SHOWN, IT IS SO ORDERED:**


_____
UNITES STATES MAGISTRATE JUDGE


DATED:   February 17, 2026

2