Abran E. Vigil
Nevada Bar No. 7548
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Phone: (702) 471-7000
Fax: (702) 471-7070
Email: vigila@ballardspahr.com
Email: change@ballardspahr.com

*Attorneys for defendant Citibank, National Association*

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN DURHAM<br><br>        Plaintiff,<br><br>    vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., CLARITY SERVICES, INC., and CITIBANK, NATIONAL ASSOCIATION, a New York Company;,<br><br>        Defendants. | Case No. 2:26-cv-00072<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CITIBANK, NATIONAL ASSOCIATION TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant Citibank, National Association ("Citibank"), by and through its attorneys of record, the law firm BALLARD SPAHR LLP and plaintiff Steven Durham ("Durham"), by and through his attorneys of record, the FREEDOM LAW FIRM stipulate as follows:

1.    On January 21, 2026, Plaintiff filed his First Amended Complaint (Dkt. No. 4).

2.    On January 28, 2026, a copy of the summons and First Amended Complaint were served on Citibank (Dkt. No. 5), resulting in a deadline to answer or otherwise respond on February 18, 2026.

3. Citibank requires additional time to confirm certain information about Durham and to investigate its files and the basis for Durham's claims, therefore, Durham has agreed that Citibank shall have up to and including March 18, 2026 to respond to the First Amended Complaint.

4. Citibank has not previously requested any extension of time to respond to the First Amended Complaint and affirms that this request is made in good faith and will not prejudice the parties to this action.

Dated: February 17, 2026.                    Dated: February 17, 2026.


FREEDOM LAW FIRM, LLC                    BALLARD SPAHR LLP

By: /s/ Gerardo Avalos                     By: /s/ Abran Vigil
     George Haines, Esq.                         Abran E. Vigil
     Nevada Bar No. 9411                          Nevada Bar No. 7548
     Gerardo Avalos, Esq.                        David E. Chavez
     Nevada Bar No. 15171                        Nevada Bar No. 15192
     8985 South Eastern Ave. Suite 100           1980 Festival Plaza Drive, #900
     Las Vegas, Nevada 89123                     Las Vegas, NV 89135
     Tel: (702) 880-5554                         Tel: (702) 471-7000
     ghaines@freedomlegalteam.com                vigila@ballardspahr.com
     gavalos@freedomlegalteam.com                chavezd@ballardspahr.com
*Counsel for Plaintiff Steven Durham*       *Counsel for Citibank National Association*


**IT IS SO ORDERED:**

_____
United States Magistrate Judge


DATED: March 16, 2026

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070