Abran E. Vigil
Nevada Bar No. 7548
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Phone: (702) 471-7000
Fax: (702) 471-7070
Email: vigila@ballardspahr.com
Email: change@ballardspahr.com

*Attorneys for defendant Citibank, National Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN DURHAM<br><br>          Plaintiff,<br><br>     vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., CLARITY SERVICES, INC., and CITIBANK, NATIONAL ASSOCIATION, a New York Company;,<br><br>          Defendants. | Case No. 2:26-cv-00072<br><br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CITIBANK, NATIONAL ASSOCIATION TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(Second Request)** |

Defendant Citibank, National Association ("Citibank"), by and through its attorneys of record, the law firm BALLARD SPAHR LLP and plaintiff Steven Durham ("Durham"), by and through his attorneys of record, the FREEDOM LAW FIRM stipulate as follows:

1.     On January 21, 2026, Plaintiff filed his First Amended Complaint (Dkt. No. 4).

2.     On January 28, 2026, a copy of the summons and First Amended Complaint were served on Citibank (Dkt. No. 5), resulting in a deadline to answer or otherwise respond on February 18, 2026.

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

3.    A previous extension of time was granted, however, Citibank requires additional time to confirm certain information about Durham and to investigate its files and the basis for Durham's claims, therefore, Durham has agreed that Citibank shall have up to and including April 1, 2026 to respond to the First Amended Complaint.

4.    This is Citibank's second request for an extension of time to respond to the First Amended Complaint and affirms that this request is made in good faith and will not prejudice the parties to this action.

Dated: March 18, 2026.

Dated: March 18, 2026.

FREEDOM LAW FIRM, LLC

BALLARD SPAHR LLP

By: /s/  George Avalos
    George Haines, Esq.
    Nevada Bar No. 9411
    Gerardo Avalos, Esq.
    Nevada Bar No. 15171
    8985 South Eastern Ave. Suite 100
    Las Vegas, Nevada 89123
    Tel: (702) 880-5554
    ghaines@freedomlegalteam.com
    gavalos@freedomlegalteam.com
*Counsel for Plaintiff Steven Durham*

By: /s/ Abran Vigil
    Abran E. Vigil
    Nevada Bar No. 7548
    David E. Chavez
    Nevada Bar No. 15192
    1980 Festival Plaza Drive, #900
    Las Vegas, NV 89135
    Tel: (702) 471-7000
    vigila@ballardspahr.com
    chavezd@ballardspahr.com
*Counsel for Citibank National Association*

**IT IS SO ORDERED:**

United States Magistrate Judge

DATED:    March 19, 2026

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

2