Abran E. Vigil
Nevada Bar No. 7548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Tel: (702) 471-7000
Fax: (702) 471-7070
Email: vigila@ballardspahr.com

*Attorneys for Defendant Citibank, National Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVEN DURHAM

        Plaintiff,

    vs.

EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., CLARITY SERVICES, INC., and CITIBANK, NATIONAL ASSOCIATION, a New York Company;,

        Defendants.

Case No. 2:26-cv-00072

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CITIBANK, NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY REQUESTS TO CITIBANK, N.A.**

**(First Request)**

Defendant Citibank, National Association ("Citibank"), by and through its attorneys of record, the law firm BALLARD SPAHR LLP, and Plaintiff Steven Durham ("Durham"), by and through his attorneys of record, the FREEDOM LAW FIRM stipulate as follows:

1.    On May 18, 2026, Plaintiff served his Written Discovery Requests to Citibank, N.A.

2.    Citibank requires additional time to confirm certain information about Durham and to investigate its files for information responsive to Durham's discovery requests, therefore, Durham has agreed that Citibank shall have up to and including July 16, 2026 to respond to Plaintiff's Written Discovery Requests to Citibank, N.A.

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

3.    Citibank has not previously requested any extension of time to respond to the Plaintiff's Written Discovery Requests to Citibank, N.A and affirms that this request is made in good faith and will not prejudice the parties to this action.

Dated: June 17, 2026.                           Dated: June 17, 2026.


FREEDOM LAW FIRM, LLC                 BALLARD SPAHR LLP

By: /s/ Gerardo Avalos                     By: /s/ Abran Vigil
    George Haines, Esq.                          Abran E. Vigil
    Nevada Bar No. 9411                        Nevada Bar No. 7548
    Gerardo Avalos, Esq.                        1980 Festival Plaza Drive, #900
    Nevada Bar No. 15171                       Las Vegas, NV 89135
    8985 South Eastern Ave. Suite 100      Tel: (702) 471-7000
    Las Vegas, Nevada 89123                 vigila@ballardspahr.com
    Tel: (702) 880-5554                        *Counsel for Citibank National*
    ghaines@freedomlegalteam.com        *Association*
    gavalos@freedomlegalteam.com
*Counsel for Plaintiff Steven Durham*


**IT IS SO ORDERED; provided, however, the parties need not submit stipulation seeking court approval of extensions of time to respond to written discovery requests.**

_____
United States Magistrate Judge

DATED: June 18, 2026

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070