George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Steven Durham*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Steven Durham,

Plaintiff,

v.

Equifax Information Services LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Citibank, N.A.,

Defendants.

Case No.: 2:26-cv-00072

**Stipulation of dismissal of all claims between Plaintiff and Citibank, N.A. with prejudice**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Steven Durham and Citibank, N.A. stipulate to dismiss all claims between Plaintiff and Citibank, N.A. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 16, 2026.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**BALLARD SPAHR LLP**

/s/ *Abran E. Vigil*
Abran E. Vigil, Esq.
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Counsel for Citibank, N.A.*

IT IS SO ORDERED:

James C. Mahan
UNITES STATES DISTRICT JUDGE

DATED: July 16, 2026