George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Steven Durham*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Steven Durham,

Plaintiff,

v.

Equifax Information Services LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Citibank, N.A.,

Defendants.

Case No.: 2:26-cv-00072

**Unopposed Motion for Extension of Time to File Dismissal Documents**

The dispute between Steven Durham ("Plaintiff") and Experian Information Solutions, Inc. ("Defendant") (together as the "Parties") has been resolved.

On May 18, 2026, Plaintiff filed a Notice of Settlement and requested 60 days to file dismissal documents. ECF No. 38.

Accordingly, Plaintiff, by and through counsel, hereby submits this Unopposed Motion for Extension of Time to File Dismissal Documents.

The parties have reached settlement terms, and the settlement agreement is

awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

Plaintiff requests, and Defendant does not oppose the request, that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or before **August 19, 2026**, to file dismissal documents.

Dated: July 20, 2026.

Respectfully submitted,

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Steven Durham*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: July 21, 2026